JUDGE KAPLAN

07 CV 7161

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DIRECT GROUP NORTH AMERICA, INC.,

                  Plaintiff,

        v.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC.,
BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS,

                  Defendants.

---



07 Cv

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Direct Group North America, Inc., (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       August 10, 2007

                HANLY CONROY BIERSTEIN SHERIDAN
                  FISHER & HAYES LLP

                By: _____
                Steven M. Hayes (SH-2926)
                112 Madison Avenue, 7th Floor
                New York, New York 10016
                Telephone: (212) 784-6400
                Facsimile: (212) 784-6420

                *Attorneys for Plaintiff*

COPY