AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

DIRECT GROUP NORTH AMERICA, INC.

**SUMMONS IN A CIVIL ACTION**

V.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC., BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS

CASE NUMBER:  07-CV  **07 CV 7161**

JUDGE KAPLAN

TO: (Name and address of Defendant)

TRANCOS, INC.
1450 Veterans Blvd. Suite 100
Redwood City, CA 94063
COREGMEDIA ASSOCIATES INC. (same address), BRIAN NELSON (same address), KEVIN BRODY (same address), DAVID MACIEL (same address) and CRAIG BOUGAS (same address)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

AUG 1 0 2007

**J. MICHAEL McMAHON**

CLERK                                    DATE

(By) DEPUTY CLERK

OFFICE COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 14, 2007 |
| NAME OF SERVER *(PRINT)* Paul H. Norman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1450 Veterans Blvd., Suite 100 Redwood City, CA 94063

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Defendant Coreexmedia Assoc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug. 15, 07
_____
Date

_____
Signature of Server

1780 Whipple Road, Suite 102, Union City, CA 94587
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.