AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern   District of   New York

DIRECT GROUP NORTH AMERICA, INC.

V.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC., BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 7161

JUDGE KAPLAN

TO: (Name and address of Defendant)

TRANCOS, INC.
1450 Veterans Blvd. Suite 100
Redwood City, CA 94063
COREGMEDIA ASSOCIATES INC. (same address), BRIAN NELSON (same address), KEVIN BRODY (same address), DAVID MACIEL (same address) and CRAIG BOUGAS (same address)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                          AUG 10 2007

CLERK                                        DATE

(By) DEPUTY CLERK

OFFICE COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Aug. 14, 2007 |
| NAME OF SERVER (PRINT) Paul H. Norman | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1450 Veterans Blvd., Suite 100 Redwood City, CA 94063

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

Defendant Brian Nelson

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug. 15, 2007    *(signature)* Paul H. Norman
        Date                    Signature of Server

1780 Whipple Road, Ste 102, Union City, CA 94587
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.