AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

DIRECT GROUP NORTH AMERICA, INC.

**SUMMONS IN A CIVIL ACTION**

V.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC., BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS

CASE NUMBER: 07 CV 07161 (LAK)

TO: (Name and address of Defendant)

TRANCOS, INC.
1450 Veterans Blvd. Suite 100
Redwood City, CA 94063
COREGMEDIA ASSOCIATES INC. (same address), BRIAN NELSON (same address), KEVIN BRODY (same address), DAVID MACIEL (same address) and CRAIG BOUGAS (same address)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    SEP 0 7 2007

CLERK                                                 DATE

_(signature)_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT GROUP NORTH AMERICA, INC.,

          Plaintiff,

v.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC.,
BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS,
          Defendants.

07 Cv 07161 (LAK)

**AFFIDAVIT OF SERVICE**

---

Yvonne Ike, being duly sworn deposes and says, that I am over 18 years of age, that I am not a party to the within action, and that I am employed by Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP attorney for plaintiffs herein.

On the 11th day of September, 2007, I cause a true copy of the **AMENDED SUMMONS and AMENDED COMPLAINT** to be served upon defendants' attorney, Joseph S. Malara, via U.S. Mail, 1st Class, at the following address:

    Laws Offices of Vincent N. Amato
    One Blue Hill Plaza
    P.O. Box 1537
    Pearl River, New York 10965

                                          _____
                                          Yvonne O. Ike

Sworn to before me this
14th day of September, 2007

_____
Notary Public

JULIO A. LUCENA
Notary Public, State of New York
No. 01LU4999280
Qualified in New York County
Commission Expires July 20, 2008