# Law Offices of Vincent N. Amato

**MEMO ENDORSED**

[USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07]

September 13, 2007

Via Facsimile: 212-805-6181 and Mail

Hon. Lewis A. Kaplan USDJ
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: Direct Group NA, Inc. v. Trancos, Inc. et. al.
      Docket No.: 07 CV 7161 (LAK)

Dear Judge Kaplan:

    Our office has been retained by the defendants in this matter. There have been discussions among the parties in the hope of reaching a settlement of this case. To that end a meeting has been scheduled for October 2, 2007 in Manhattan. Our client will be coming in from California and we will meet with representatives of the plaintiff and their counsel and hopefully the matter will be resolved at that time.

    Counsel for Plaintiff Mr. Steven M. Hayes, Esq. and I ask the court's permission for an extension of time to October 12th for defendants to file an answer. If the parties are successful in resolving this case a stipulation of discontinuance will be filed after October 2nd.

Very truly yours,

_Joseph S. Malara_
Joseph S. Malara, Esq. (JSM 6245)

cc:  Steven M. Hayes, Esq.
      Via Facsimile to: 212-213-5949
      Via Mail to: 112 Madison Ave.
      New York, NY 10016

SO ORDERED

_Lewis A. Kaplan_
LEWIS A. KAPLAN, USDJ
9/18/07

**Admitted in New Jersey