AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern District     DISTRICT OF     New York

## APPEARANCE

Case Number: 07-CV-7161 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brian Nelson

Trancos, Inc.

I certify that I am admitted to practice in this court.

/s vincent n. amato/

9/18/2007
Date

Signature

Vincent N. Amato     026770
Print Name     Bar Number

One Blue Hill Plaza, 4th Floor, P.O. Box 1537
Address

Pearl River     NY     10965
City     State     Zip Code

(845) 735-0900     (845) 735-0900
Phone Number     Fax Number