# Law Offices of Vincent N. Amato

**MEMO ENDORSED**

Vincent N. Amato, Esq.
Joseph J. Malara, Esq.
Athio S. Amato, Esq.

One Blue Hill Plaza, 4th Fl
P O Box 1537
Pearl River, New York 10965
Phone: 845-735-2900
Fax:   845-735-8115

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

October 10, 2007

OCT 11 2007
JUDGE KAPLAN'S CHAMBERS

Via Overnight Mail

Hon. Lewis A. Kaplan USDJ
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: Direct Group NA, Inc. v. Trancos, Inc. et. al.
    Docket No.: 07 CV 7161 (LAK)

Dear Judge Kaplan:

    Representatives from Plaintiff and Defendants with their respectivre counsel did meet on October 2nd in Manhattan for settlement discussions. The discussions proceeded amicably and ended with Direct Group requesting additional time to put together their numbers for a settlement demand. Because of the complexity and volume of the transactions involved Direct Group needs more time than was anticipated by their counsel.

    Both sides are acting in good faith and hope that a resolution of this matter can be reached.

    Counsel for Plaintiff Mr. Steven M. Hayes, Esq. and I ask the court's indulgence and grant an additional extension of time to November 2nd for defendants to file an answer. If the parties are successful in resolving this case a stipulation of discontinuance will be filed in its stead.

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

Very truly yours,

Joseph S. Malara /pal
_____
Joseph S. Malara, Esq. (JSM 6245)

cc: Steven M. Hayes, Esq.
    Via Facsimile to: 212-213-5949

---

**Admitted in New Jersey