UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DIRECT GROUP NORTH AMERICA, INC.
     Plaintiff,

                Case No.: 07 CV 07161(LAK)

  V.


TRANCOS, INC., COREGMEDIA ASSOCIATES,
INC., BRIAN NELSON, KEVIN BRODY,
DAVID MACIEL, and CRAIG BOUGAS


     Defendant.
-------------------------------------------------------X

  Pursuant to Civil Rule 7.1 the defendant TRANCOS, INC., hereby states as follows:

  TRANCOS, INC., is a privately owned Corporation.

  TRANCOS, INC., has no parent or subsidiary corporations.

  COREGMEDIA is not a corporation or seperate entity but rather a division of Trancos, Inc.


Dated: Hartsdale, New York
   November 2, 2007

               _____
               Law Offices of Vincent N. Amato
               By: Joseph S. Malara, Esq. (JM-6245)
               Attorney for TRANCOS, INC.,
               COREGMEDIA a Division of Trancos, Inc.,
               BRIAN NELSON, CRAIG BOUGAS and
               KEVIN BRODY
               One Blue Hill Plaza, 4th Floor
               PO Box 1537
               Pearl River, New York 10965
               Phone: 845-735-0900
               Fax: 845-735-8115

CV 07-07161 (LAK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DIRECT GROUP NORTH AMERICAN, INC.

                Plaintiff,

- against –

TRANCOS, INC., COREGMEDIA ASSOCIATES,
INC., BRIAN NELSON, KEVIN BRODY,
DAVID MACIEL, and CRAIG BOURGAS

                Defendant.

**Civil Rule 7.1**

LAW OFFICES OF VINCENT N. AMATO

*Attorneys for Defendants: Trancos, Inc., Coregmedia, a division of Trancos, s/h/a Coregmedia Associates, Inc., Brian Nelson, Kevin Brody and Craig Bougas*

ONE BLUE HILL PLAZA, 4th FLOOR
P.O. BOX 1537
PEARL RIVER, NY 10965
(845) 735-0900