UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
DIRECT GROUP NORTH AMERICAN, INC.

                 Plaintiff,                Case No.: 07-CV-07161 (LAK)

   -against-

TRANCOS, INC., COREGMEDIA ASSOCIATES,
INC., BRIAN NELSON, KEVIN BRODY,
DAVID MACIEL, and CRAID BOURGAS

                 Defendant.
-----------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2007, the foregoing documents were filed with the Clerk of the Court and were served on the Plaintiff by facsimile and by sending a true copy of same via United States mail delivery.

- Rule 7.1 Disclosure Statement

- Answer to Amended Complaint/ Trial by Jury Demanded

                                                Vincent N. Amato
                                                One Blue Hill Plaza, 4th Floor
                                                P.O. Box 1537
                                                Pearl River, NY 10965
                                                Phone: 845-735-0900
                                                Fax: 845-735-8115