UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIRECT GROUP NORTH AMERICA, INC.,

          Plaintiff-Counterclaim Defendant,

v.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC.,
BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and
CRAIG BOUGAS,

          Defendants-Counterclaim Plaintiffs.

07 Cv 07161 (LAK)

STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for the parties, that the time for Plaintiff to reply, move or otherwise respond to Defendants' Counterclaim and Affirmative Defenses herein is extended from November 21, 2007 to November 30, 2007.

Dated: New York, New York
       November 19, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

<table>
<tr><td>

*Attorneys for Plaintiff*

HANLY CONROY BIERSTIEN
 SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6400


By: ___/s/ Steven M. Hayes___
  Steven M. Hayes (SH-2926)

</td><td>

*Attorney for Defendants*

LAWS OFFICES OF
VINCENT N. AMATO
ONE BLUE HILL PLAZA
P.O. Box 1537
Pearl River, New York 10965
Phone: 845-735-0900


By: _____
  Joseph S. Malara, Esq. (JM-6245)

</td></tr>
</table>

IT IS SO ORDERED.
Dated: New York, New York
       _____, 2007


_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| *Attorneys for Plaintiff* | *Attorney for Defendants* |
|---|---|
| HANLY CONROY BIERSTIEN SHERIDAN FISHER & HAYES, LLP<br>112 Madison Avenue<br>New York, New York 10016<br>(212) 784-6400 | LAWS OFFICES OF VINCENT N. AMATO<br>ONE BLUE HILL PLAZA<br>P.O. Box 1537<br>Pearl River, New York 10965<br>Phone: 845-735-0900 |
| By: _____<br>Steven M. Hayes (SH-2926) | By: _____<br>Joseph S. Malara, Esq. (JM-6245) |

IT IS SO ORDERED.
Dated: New York, New York
       11/20, 2007

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK