UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIRECT GROUP NORTH AMERICA, INC.,

          Plaintiff-Counterclaim Defendant,

v.

TRANCOS, INC., COREGMEDIA ASSOCIATES, INC., BRIAN NELSON, KEVIN BRODY, DAVID MACIEL and CRAIG BOUGAS,

          Defendants-Counterclaim Plaintiffs.

07 Cv 07161 (LAK)

**STIPULATION OF DISMISSAL**

---

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the above action be and the same hereby is dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a), and without costs, each party to bear its own attorneys' fees.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

This stipulation may be executed in facsimile and in counterparts, which shall have the same effect as an original.

Dated: ~~July~~ August __, 2008
New York, New York

*Attorneys for Plaintiff*

HANLY CONROY BIERSTIEN
 SHERIDAN FISHER & HAYES, LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6400
shayes@hanlyconroy.com

By: _____
Steven M. Hayes

*Attorney for Defendants*

LAW OFFICES OF
VINCENT N. AMATO
ONE BLUE HILL PLAZA
P.O. Box 1537
Pearl River, New York 10965
(845) 735-0900
jmalara@amatolaw.com

By: _____  8/27/08
Joseph S. Malara, Esq.

IT IS SO ORDERED.
Dated: New York, New York
       9/4, 2008

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK